Form CGFCRD3  (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18–24660–AJC

Chapter: 15

**In re:**

Biscayne Capital (BVI)
EFR law Firm
Attn: Eduardo F. Rodriguez
1548 Brickell Avenue
Miami, FL 33129

## RENOTICE OF HEARING

To Change Date and time

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **January 10, 2019** at **02:00 PM** at the following location:

**C. Clyde Atkins U.S. Courthouse
301 North Miami Avenue
Courtroom 7
Miami FL 33128**

to consider the following:

**Motion to Jointly Administer Case(s) 18–24660, 18–24661, 18–24662, 18–24663, 18–24664, 18–24665, 18–24666, 18–24667, 18–24668, 18–24669, 18–24670 into Lead Case 18–24659 Filed by Debtor Biscayne Capital (BVI). ECF#2
Motion Re: Verified Petitions for Orders Recognizing Foreign Main Proceedings and Granting Additional Relief and Memorandum of Law in Support Thereof Filed by Debtor Biscayne Capital (BVI). ECF#3**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON–EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 12/4/18**                                                CLERK OF COURT

By: <u>Susan Gutierrez</u>
Courtroom Deputy