United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 18-24660-AJC
Biscayne Capital (BVI)                                          Chapter 15
          Debtor
## CERTIFICATE OF NOTICE

District/off: 113C-1           User: gutierrez          Page 1 of 1              Date Rcvd: Dec 04, 2018
                               Form ID: CGFCRD3         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
db             +Biscayne Capital (BVI),   EFR law Firm,   Attn: Eduardo F. Rodriguez,   1548 Brickell Avenue,
                Miami, FL 33129-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:
              Eduardo F Rodriguez    on behalf of Debtor    Biscayne Capital (BVI) eddie@efrlawfirm.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 2

Form CGFCRD3 (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18−24660−AJC

Chapter: 15

**In re:**

Biscayne Capital (BVI)
EFR law Firm
Attn: Eduardo F. Rodriguez
1548 Brickell Avenue
Miami, FL 33129

## RENOTICE OF HEARING

To Change Date and time

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **January 10, 2019** at **02:00 PM** at the following location:

**C. Clyde Atkins U.S. Courthouse**
**301 North Miami Avenue**
**Courtroom 7**
**Miami FL 33128**

to consider the following:

**Motion to Jointly Administer Case(s) 18−24660, 18−24661, 18−24662, 18−24663, 18−24664, 18−24665, 18−24666, 18−24667, 18−24668, 18−24669, 18−24670 into Lead Case 18−24659 Filed by Debtor Biscayne Capital (BVI). ECF#2**
**Motion Re: Verified Petitions for Orders Recognizing Foreign Main Proceedings and Granting Additional Relief and Memorandum of Law in Support Thereof Filed by Debtor Biscayne Capital (BVI). ECF#3**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON−EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above−described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072−2.**

**Dated:** <u>12/4/18</u>                                                                      **CLERK OF COURT**

By: <u>Susan Gutierrez</u>
Courtroom Deputy